# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    SA CV 12-1117-DOC(JPR)                          Date    August 17, 2012

Title    Fannie Mae (Federal National Mortgage Association) -v- Ana M. Mantilla, et al..

Present: The Honorable        DAVID O. CARTER, U.S. District Judge

| D. Beard for Julie Barrera | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings:      ORDER TO SHOW CAUSE RE DISMISSAL RETURNABLE AUGUST 31, 2012

      Counsel are hereby ordered to show cause in writing no later than August 31, 2012, why this case should not be dismissed for lack of prosecution. No oral argument of this matter will be heard unless ordered by the Court. The Order to Show Cause will stand submitted upon filing of a response.

      Counsel is advised that the Court will consider the filing of:

          X                        Answer by defendant(s) or plaintiff's request to enter default

on or before the date upon which the response is due.

      The Clerk shall serve this minute order on counsel for all parties in this action.

                                                                                    _____ : _____

Initials of Preparer        db for jcb